## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

February 18, 2025

Lana Patrick
9378 ARLINGTON EXPY
PMB 204
JACKSONVILLE, FL 32225

Appeal Number: 24-14001-H
Case Style: Lana Patrick v. Lisa McGuire, et al
District Court Docket No: 8:24-cv-00999-MSS-NHA

### NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on filed by Appellant Lana Patrick.
Reasons no action being taken on filing: The deficiencies that caused this case to be dismissed have not been remedied - transcript order form not filed. Additionally, the filing is deficient for failure to comply with this Court's rules for Certificate of Compliance - does not contain the wordcount. See FRAP 32(g)(1).

**No deadlines will be extended** as a result of your deficient filing.

### ACTION REQUIRED

For motions for reconsideration or petitions for rehearing that are not permitted, no action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

Please note that any filing submitted out of time must be accompanied by an appropriate motion, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice No Action Taken