

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 24-14001-H

LANA PATRICK,

                              Plaintiff - Appellant,

versus

MANAGER LISA MCGUIRE,
Pasco County Tax Collector,
SERGEANT SHIREMAN,
Individual Capacity, Dade City Police Department,
CAPTAIN ROWE,
Individual Capacity, Dade City Police Department,

                              Defendants - Appellees.

## MOTION TO REINSTATE APPEAL

    Pro Se Lana Patrick Pursuant to Eleventh Circuit Rules 42-2(e), Appellant

in the above-captioned consolidated appeal move the Court for reinstatement

the appeal and state to the Court the following:

1. Under 11th Cir. R. 42-1(b) it states:

> *the clerk shall notify the appellant that upon expiration of 14 days from the date of the notice, the appeal will be dismissed for failure to prosecute if the default has not been remedied.*

I was never notified and given a chance to remedy the default, if I had been I surely would of complied as I am now.

2. With it being the holidays and my mother diagnosed with stage four cancer, I somehow switched time limits on FRAP 26.1 (d)(1) and 11th Cir. R. 26.1(a)(2). Also didnt request a transcript as no hearing was held.

3. Appellant believes this case has pressing legal issues needing this courts clarification as many of appellant's co-workers are being arrested and prosecut    for engaging in a first amendment protected activity.

4. Based upon these circumstances, Appellant respectfully request  the Court reinstate the appeal.

5.     This motion is filed within fourteen (14) days of the dismissal notice. Pursuant to local rule, Appellant has notified Appellees' counsel of the filing of this motion.

Respectfully submitted, this the 5    day of F           , 2025.

Respectfully submitted,

Lana Patrick Pro Se
9378 Arlington Expy
PMB 204
J          , FL 32225
           @          .
(905) 524-6030

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5   day of F       , 2025, I electronically filed the Plaintiffs-Appellants Motion to Reinstate Appeal with the Clerk of the Court.

Lana Patrick Pro Se
9378 A           E
PMB 204
J           , FL 32225
         @       .
(904) 524-6030

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Lana Patrick _vs._ Lisa McGuire et al   Appeal No. No. 24-14001-H

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

Lana Patrick Pro Se

Manager Lisa McGuire - Pasco County Tax Collector

Frederick Tracy Reeves - Lead Attorney for Lisa McGuire

Captain Rowe - Dade City Police Department

Sergeant Shireman - Dade City Police Department

Jay Daigneault - Lead Attorney for Captain Rowe and Sergeant Shireman

Randol D. Mora - Attorney for Captain Rowe and Sergeant Shireman

Judge Mary S. Scriven

Magistrate Judge Natalie Hirt Adams

Submitted by:
Signature:
Name: Lana Patrick   Prisoner # (if applicable):
Address: 9378 Arlington Expressway PMB 204, Jacksonville, Florida 32225
Telephone #: (904) 524-6030

Rev.: 2/23

No. 24-14001-H
Patrick v McGuire

## Certificate of Compliance

This brief complies with the type-face requirements of the Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6).

This brief complies with the type-volume limitations in Federal Rule of Appellate Procedure 32(a)7(B)(i) because it contains less than 13,000 words, excluding the parts of the brief that are exempt under Federal Rule of Appellate Procedure 32(f) and 11th Cir. R. 32-4.

Lana Patrick Pro Se

